Appellate Docket Number: 141500268CR

Appellate Case Style: Style: Lanis Ray Hitt

Vs. State of Texas

**FILED IN**
14th COURT OF APPEALS
HOUSTON, TEXAS

APR 27 2015

CHRISTOPHER A. PRINE
CLERK

Companion Case:

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 14th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Lanis | ☒ Lead Attorney |
| Middle Name: Ray | First Name: Victoria |
| Last Name: Hitt | Middle Name: |
| Suffix: | Last Name: Erfesoglou |
| Appellant Incarcerated? ☐ Yes ☒ No | Suffix: |
| Amount of Bond: | ☐ Appointed    ☐ District/County Attorney |
| Pro Se: ◯ | ☒ Retained    ☐ Public Defender |
| | Firm Name: Victoria Erfesoglou, Attorney at Law |
| | Address 1: 6525 Washington Avenue |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77007 |
| | Telephone: 713-252-4738    ext. |
| | Fax: 832-201-8225 |
| | Email: verfeso@gmail.com |
| | SBN: 24076370 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name:

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☐ Lead Attorney

First Name:

Middle Name:

Last Name:

Suffix:

☐ Appointed            ☒ District/County Attorney

☐ Retained             ☐ Public Defender

Firm Name:      Harris County District Attorney Office

Address 1:      1201 Franklin Street

Address 2:      Misdemeanor Division

City:           Houston

State:          Texas              Zip+4:  77002

Telephone:                        ext.

Fax:

Email:

SBN:

Add Another Appellee/ Attorney

**V. Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case):  Intoxication Offenses

Type of Judgment:  Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:  February 3, 2015

Offense charged:  DWI 1st Offender BAC .08

Date of offense:  July 18, 2014

Defendant's plea:  Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court:  March 4, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed:  180 Days confinement, suspended 1 year CS

Is the appeal from a pre-trial order?  ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☐ No

**VI. Actions Extending Time To Perfect Appeal**

Motion for New Trial:        ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other:  ☐ Yes ☒ No                        If yes, date filed:

If other, please specify:

**VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)**

Motion and affidavit filed:  ☒ Yes ☐ No ☐ NA    If yes, date filed:  March 19, 2015

Date of hearing:                        ☒ NA

Date of order:                          ☐ NA

Ruling on motion: ☐ Granted ☐ Denied  ☒ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: Court at Law No. 14

County: Harris County

Trial Court Docket Number (Cause no): 1973657

Trial Court Judge (who tried or disposed of the case):

First Name: Michael

Middle Name: R.

Last Name: Fields

Suffix:

Address 1: 1201 Franklin Street

Address 2: 11th floor

City: Houston

State: Texas     Zip + 4: 77002

Telephone: 713-755-5683    ext.

Fax: 713-368-9281

Email:

Clerk's Record:

Trial Court Clerk: ☐ District ☒ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Mar 19, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: Mar 19, 2015

Were payment arrangements made with the court reporter/court recorder? ☒ Yes ☐ No ☐ Indigent

---

☒ Court Reporter      ☐ Court Recorder

☐ Official      ☐ Substitute

First Name: Serena

Middle Name:

Last Name: Pace

Suffix:

Address 1: 1201 Franklin Street

Address 2: 11th Floor

City: Houston

State: Texas     Zip + 4: 77002

Telephone: 713-755-5683    ext.

Fax: 713-368-9281

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [                    ]    Court: [                    ]

Style: [                    ]

Vs.    State of Texas

## X. Signature

_[signature]_

Signature of counsel (or Pro Se Party)    Date: April 22, 2015

Victoria Erfesoglou

Printed Name:    State Bar No: 24076370

Electronic Signature: [                    ]    Name: [                    ]
   (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on April 22, 2015 .

_[signature]_

Signature of counsel (or pro se party)    Electronic Signature: [                    ]
   (Optional)

State Bar No.: 24076370

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

   (1) the date and manner of service;
   (2) the name and address of each person served, and
   (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: April 22, 2015

Manner Served: Certified Mail

First Name: Alan

Middle Name:

Last Name: Curry

Suffix:

Law Firm Name: Harris County DAO

Address 1: 1201 Franklin

Address 2: Suite 600

City: Houston

State Texas                    Zip+4: 77002

Telephone: 713-755-5800        ext.

Fax:

Email: